

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE | | 08-25-00148-CV |
| | § | AN ORIGINAL PROCEEDING |
| RITA ELIZABETH JONES, INDIVIDUALLY and ON BEHALF OF THE ESTATE OF ESTELA TIBUNI ROMANO, DECEASED, A/K/ ESTELLA TIBUNI ROMANO, STELLA TIBUNI ROMANO | § | IN MANDAMUS |
| | § | |
| Relator. | § | |

## **J U D G M E N T**

The Court has considered this cause on the motion to dismiss. We grant the motion and dismiss the petition for writ of mandamus. We further order Relator to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 17th day of June 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)